IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JOSIAH HATHAWAY,

    **Petitioner,**

v.                                       Case No. 1:21-cv-97-AW-ZCB

RICKY D. DIXON,

    **Respondent.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Josiah Hathaway is serving a forty-year total sentence after a jury convicted him of attempted second-degree murder and carrying a concealed weapon. ECF No. 1. He seeks § 2254 relief here, raising a single claim of ineffective assistance of counsel. *Id.*

The magistrate judge issued a comprehensive report and recommendation concluding the court should deny relief. ECF No. 12. Hathaway filed an objection but offered no specificity. *See* ECF No. 13 at 2 ("As to the Magistrate's analysis of the one issue presented in Mr. Hathaway's habeas corpus petition (Dkt.16, p. 13-25), Mr. Hathaway objects to said analysis and all conclusions derived therefrom."). The court need not consider such general or conclusive objections. *See Marsden v. Moore*, 847 F.2d 1536, 1548 (11th Cir. 1988). But the court has nonetheless conducted a de novo review.

1

Having carefully considered the matter, the court concludes—as did the magistrate judge—that Hathaway has not shown that the state court's decision denying relief was "was contrary to, or involved an unreasonable application of, clearly established Federal law" or that it "was based on an unreasonable determination of the facts in light of the evidence presented in the State court proceeding." 28 U.S.C. § 2254(d)(1)-(2). Accordingly, this court must deny the petition.

I now adopt the report and recommendation and incorporate it into this order. The clerk will enter a judgment that says, "The § 2254 petition is denied." A certificate of appealability is DENIED.

The clerk will close the file.

SO ORDERED on March 6, 2024.

s/ *Allen Winsor*  
United States District Judge